**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHAD D. LONG, PRO SE, NICOLE**
**LONG, PRO SE**                                                              **PLAINTIFFS**

**V.**                                   **4:17CV00578 JM**

**NBA MORTGAGE GROUP; GINNIE**
**MAE, WELLS FARGO BANK, NA AS**
**TRUSTEE FOR SECURITIZED TRUST**
**GINNIE MAE GUARANTEED REMIC**
**PASS-THROUGH SECURITIES 2011-**
**122 TRUST, US BANK, NA,**
**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEM, ("MERS")**
**AND DOES 1 THROUGH 100**
**INCLUSIVE, et al.**                                                        **DEFENDANTS**

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS**

Plaintiffs have filed a notice of voluntary dismissal, docket # 11, which the Court will

treat as a motion to voluntarily dismiss their case.  The motion is GRANTED. The Clerk is

directed to close the case, all pending motions are denied as moot.

The Court notes that Plaintiffs' right to re-file the case against these Defendants is subject

to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure.  Under Rule 41(d), the

Plaintiffs may be ordered to pay any costs of this action which the Court deems appropriate upon

filing the same claim against the same defendants.

IT IS SO ORDERED this 17th  day of October, 2017.

_____

James M. Moody Jr.
United States District Judge